**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**CONNIE DAVIS,**

                **Plaintiff,**

       **v.**                                      **5:11-CV-0718**

**SCOTT SHARP,**

                **Defendant.**
_____

**APPEARANCES:**                       **OF COUNSEL:**

Connie Davis
Plaintiff *pro se*

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 12th day of July 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The complaint is dismissed in its entirety pursuant to 28 U.SC. § 1915(e)(2)(B)(i)-(ii).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case

**IT IS SO ORDERED.**

Dated: August 4, 2011
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge